WEST v. WEST et al. (No. 5780.) (Court of Civil Appeals of Texas. April 11, 1917.) Appeal from District Court, McLennan County; E. J. Clark, Judge. Suit between Lula West, a minor, by her guardian ad litem, and G. S. West and others. Judgment for the latter, and the former appeals. Affirmed. Jas. P. Alexander, of Waco, for appellant. Oltorf & Oltorf, of Marlin, for appellee Glisson. D. A. Kelley, of Waco, for appellee West.

JENKINS, J. This is a suit for partition, the proper disposition of which depends upon the construction of a will made by Mrs. Fannie Calvert, deceased. This will was construed by us in West v. Glisson, 184 S. W. 1042, in which case a writ of error has been denied by our Supreme Court. The trial court entered judgment herein in accordance with construction given to said will in West v. Glisson, supra. We adhere to our former decision as to the construction of said will, for which reason the judgment of the trial court herein is affirmed. Affirmed.